■ D'Angelo, Forrest, Rozzi & Company, Inc., Respondent, v Pennysaver Printing Inc. et al., Defendants, and Tishcon

CORP. et al., Appellants.—Order of the Supreme Court, Nassau County, entered May 4, 1984, affirmed, with costs, for reasons stated in the memorandum decision of Justice Wager at Special Term. Thompson, J. P., Niehoff, Lawrence and Kunzeman, JJ., concur.